# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PIPER PARTRIDGE, Individually as**                  **PLAINTIFFS**
mother and next of kin to **KEAGAN**
**SCHWEIKLE** and
As Special Administratrix of the
**ESTATE OF KEAGAN SCHWEIKLE;**
**DOMINIC SCHWEIKLE, Individually as father**
and next of kin to **KEAGAN SCHWEIKLE**

**v.**                **CASE NO. 4:17-CV-00460 BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON, Individually and as**
**Employee of City of Benton, Arkansas**
**KIRK LANE, Individually and as**
**Employee of City of Benton, Arkansas and**
**JOHN DOES 1-20, Individually and as**
**Employees of City of Benton, Arkansas**                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE