# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1803
_____

Piper Partridge, Individually as mother and next of kin to Keagan Schweikle and as Special Administratrix of the Estate of Keagan Schweikle; Dominic Schweikle, Individually as father and next of kin to Keagan Schweikle

Plaintiffs - Appellants

v.

City of Benton, Arkansas; Kyle Ellison, Individually and as Employee of City of Benton, Arkansas; Kirk Lane, Individually and as Employee of City of Benton, Arkansas; John Does, 1-20, Individually and as Employees of City of Benton, Arkansas

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00460-BSM)
_____

**JUDGMENT**

Before BENTON, MELLOY, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

July 03, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



18-1803 Piper Partridge, et al v. City of Benton, Arkansas, et al "judgment filed sua sponte affirmed/reversed/remanded" (4:17-cv-00460-BSM)

ca08ml_cmecf_Notify    to:                                    07/03/2019 10:02 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/03/2019

| | |
|---|---|
| **Case Name:** | Piper Partridge, et al v. City of Benton, Arkansas, et al |
| **Case Number:** | 18-1803 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is AFFIRMED in part, REVERSED in part and REMANDED in accordance with the opinion. DUANE BENTON, MICHAEL J. MELLOY and BOBBY E. SHEPHERD, Hrg Mar 2019 [4804555] [18-1803] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Ms. Jenna Allison Adams: jenadams@arml.org, rlouden@arml.org
Mr. David West Gammill: david@gammill.law, gaby@gammill.law
Mr. Mark John Geragos: mark@geragos.com, geragos@geragos.com
Mr. Richard Eugene Holiman: rickholiman@gmail.com, kfholiman@gmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


**Notice will be mailed to:**


Ms. Margaret Sova McCabe, Dean
UNIVERSITY OF ARKANSAS SCHOOL OF LAW
Room 359
1045 W. Maple Street
Fayetteville, AR 72701

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_181803_4804555_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/03/2019] [FileNumber=4804555-0]
[8b53ca95e83baae3664143556acd921f9f9a804dc38f293f6e31fb40b887319b9ba562f3114680ff5
6bbf88faa752866544a8a1fed4ff4e7d7f45bfe65a06ee8]]
**Recipients:**
- Ms. Jenna Allison Adams
- Mr. David West Gammill
- Mr. Mark John Geragos
- Mr. Richard Eugene Holiman
- Ms. Margaret Sova McCabe, Dean
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4804555
**RELIEF(S) DOCKETED:**
   affirmed/reversed/remanded
**DOCKET PART(S) ADDED:** 6321886, 6321887, 6321888