IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PIPER PARTRIDGE, individually**  **PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

v.                    CASE NO. 4:17-CV-00460-BSM

**CITY OF BENTON, ARKANSAS,** *et al.*                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The state law claims are dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 30th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE