AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

PIPER PARTRIDGE ET AL.

V.

CITY OF BENTON ET AL.

## COURT'S EXHIBIT AND WITNESS LIST

Case Number: 4:17-CV-00460-BSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Richard Holiman/Mark Geragos | Jenna Adams/Gabrielle Gibson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/29/2024 - 2/5/2024 | Valarie Flora | Laura Bichlmeier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | PLAINTIFFS' WITNESS LIST |
| 1 |  | 1/30/2024 |  |  | Piper Partridge |
| 2 |  |  |  |  | Terry Fuller |
| 3 |  |  |  |  | Jeff Besancon |
| 4 |  |  |  |  | Adam Craig |
| 5 |  | 1/31/2024 |  |  | Christopher Benham |
| 6 |  |  |  |  | Quinton Jackson |
| 7 |  |  |  |  | Kyle Ellison |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | PLAINTIFFS' EHIXIBT LIST |
| 1 |  | 1/29/2024 |  | x | 911 Call (Position 1) Audio Enhancment-Bates 246 |
| 3 |  |  |  | x | Autopsy Photos-Bates 412, 421, 426 |
| 4 |  |  |  | x | Ellison Dash Cam-Bates 254 |
| 5 |  |  |  | x | Snodgrass Audio-Bates 262 |
| 7 |  |  |  | x | Ellison Interview-Bates 483 |
| 8 |  |  |  | x | Autopsy Report-Bates 184-192 |

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
FEB 05 2024
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PIPER PARTRIDGE ET AL. | | vs. | CITY OF BENTON ET AL | | CASE NO. 4:17-CV-00460-BSM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 1/29/2024 | | x | Ellison Supplement Report-Bates 59-60 |
| 23 | | | | x | Professional Standards Investigation of Ellison-Bates 542-543 |
| 25 | | | | x | Benton PP Manual-Bates 790 |
| 31 | | | | x | Crime Scene Photos-Bates 278, 279, 306, 308, 346, 353 |
| 48 | | | | x | Snodgrass Dashcam-Bates 262 |
| 49 | | | | x | Snodgrass Audio Enhancement (Cabin Only)-Bates 267 |
| 50 | | | | x | Drone Video-Bates 446 |
| 57 | | | | x | Family Photo |
| 58 | | 2/1/2024 | | x | Supplemental Narrative CAD Notes |
| | | | | | |
| | | | | | DEFENDANTS' WITNESS LIST |
| | 1 | 2/1/2024 | | | Scotty Hodges |
| | 2 | | | | Patrick Baker |
| | 3 | | | | Douglas Speer |
| | 4 | 2/2/2024 | | | Ronald Davidson |
| | 5 | | | | Jamie Downs |
| | 6 | | | | John "Jack" Ryan |
| | | | | | |
| | | | | | DEFENDANTS' EXHIBIT LIST |
| | 1 | 1/29/2024 | | x | Bates 108-Diagram of Scene |
| | 2 | | | x | Bates 278-Photo of Riverbed, Showing Embankment |
| | 3 | | | x | Bates 308-Photo of Tree, Downed Tree, Gun in Brush |
| | 4 | | | x | Bates 345-Close Up of Gun in Brush |
| | 5 | | | x | Bates 353-Photo Looking Towards Downed Tree and Raft |
| | 6 | | | x | Bates 392-Close Up of Gun with Mag and Marker #3 |
| | 7 | | | x | Bates 452-Wide View from Riverbed Looking towards the Clearing with Tree and Downed Tree |
| | 8 | | | x | Bates 456-Wide View from Riverbed Looking towards the Clearing with Tree and Downed Tree |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PIPER PARTRIDGE ET AL. | | vs. | CITY OF BENTON ET AL | | CASE NO. 4:17-CV-00460-BSM | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 9 | 1/29/2024 | | x | Bates 109-Measurementss | |
| | 10 | | | x | Bates 259-Bigelow Dashcam Stream 0 | |
| | 11 | | | x | Google Map of 1206 River Oaks/Saline River Area | |
| | 12 | | | x | Bates 246-Position 1 of 911 Audio | |
| | 13 | | | x | Bates 248-Position 3 of 911 Audio | |
| | 16 | | | x | Bates 254-Ellison Dashcam Front | |
| | 17 | | | x | Bates 426-Autopsy Photo | |
| | 18 | | | x | Bates 432-Autopsy Photo | |
| | 19 | | | x | Bates 434-Autopsy Photo | |
| | 20 | | | x | Bates 502, 505, 506, 507, 508, 510-Photo of Guns in Home | |
| | 21 | | | x | Bates 512, 513-Photos of Refrigerator | |
| | 23 | | | x | Bates 21237-21241-Ellison's BDP Training | |
| | 24 | | | x | Ellison's CLEST Training | |
| | 26 | | | x | Bates 692-Letter to Ellison re Leave for IA | |
| | 28 | | | x | Bates 790-Use of Force: Deadly Force Policy | |
| | 29 | | | x | Bates 801-802-Uniform Policy | |
| | 30 | | | x | Bates 872-873-Missing Persons Policy | |
| | 31 | | | x | Bates 687-Letter to Ellison re IA Fiindiings | |
| | 32 | | | x | Bates 763-764-Training Policy | |
| | 33 | | | x | Bates 021014, 021012, 21023, 021009, 020996, 020995, 020988, 020982, 020874 | |
| | | | | | Letters to Ellison re Findings in Other Uses of Force | |
| | 34 | | | x | Bates 862-K9 Unit Policy | |
| | 35 | | | x | Bates 761-Firearms: Training and Qualifications Policy | |
| | 36 | | | x | Bates 705-Commendation Letter from Counseliing Clinic | |
| | 37 | | | x | Bates 21015-Letter to Ellison re Completion of FTO Program | |
| | 38 | | | x | Bates 21277-ALETA Certificate | |
| | 39 | | | x | Bates 21362-Letter re Completion of K9 Handler's Course | |

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | PIPER PARTRIDGE ET AL. | vs. | CITY OF BENTON ET AL | CASE NO. 4:17-CV-00460-BSM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 40 | 1/29/2024 | | x | Bates 21275-Basic Certificate |
| | 41 | | | x | Bates 21275-General Certificate |
| | 42 | | | x | Jack Ryan's CV |
| | 43 | | | x | Bates 395-Photo of 9mm Rounds in Magazine and Chamber |
| | 44 | | | x | Bates 402-Photo of 9mm Rounds in Magazine and Chamber |
| | 46 | | | x | Bates 784-785 Death/Serious Injury Notification Policy |
| | 48 | | | x | Bates 259 Bigelow Stream 0 @ 7:49 Showing Stairs Going into Woods |
| | 51 | | | x | Dr. James Claude Upshaw Downs CV |
| | 52 | | | x | Bates 544 Letter from Lane to Baker to Start IA |
| | 53 | | | x | Bates 760 Internal Affairs Investigation Policy |
| | 54 | | | x | Bates 537-543 IA Findings |
| | 56 | 2/1/2024 | | x | Ellison's IA Video Interview |

Page 4 of 4 Pages