**DO NOT DESTROY**

DATE: 2/5/24                                TIME: 2:26 pm

CASE NO: 4:17-CV-00460-BSM

NOTE FROM JURORS

Please verify Verdict Form #7

*/s/ Amanda Hamilton Carter*
FOREPERSON

ANSWER FROM JUDGE

TIME: 2:45

Verdict Form #7 is the final Verdict Form

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
FEB 05 2024
IN OPEN COURT
TAMMY H. DOWNS
By: /s/
DEPUTY CLERK

*/s/*
UNITED STATES DISTRICT JUDGE

## DO NOT DESTROY

DATE: 2/5/24                              TIME: 2:26 pm

CASE NO: 4:17-CV-00460-BSM

### NOTE FROM JURORS

Please ~~verify~~ Clarify Verdict Form #7 lol. sorry
What is the Claim? Is it "Did Kirk Lane
The Language is unclear.   Fail to ~~invest~~ investigate,
                           or the City fail
                           to investigate.
                           Claim

Amanda Hamilton Carter
FOREPERSON

### ANSWER FROM JUDGE

TIME: 2:45

Verdict Form #7 is the final
verdict form.

It corresponds with page 17 of
the instructions. BSM  3:00 p.m.

UNITED STATES DISTRICT JUDGE

**DO NOT DESTROY**

DATE: 2/5/24      TIME: 4:31 pm

CASE NO: 4:17-CV-00460-BSM

<u>NOTE FROM JURORS</u>

New Verdict Form 6
            "          4
            "          5

_____
FOREPERSON

<u>ANSWER FROM JUDGE</u>

TIME: 4:35

See attached

_____
UNITED STATES DISTRICT JUDGE