## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PIPER PARTRIDGE, individually**                                      **PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

**v.**                                      **CASE NO. 4:17-CV-00460-BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON; and KIRK LANE**                                      **DEFENDANTS**

### VERDICT FORM 1

On plaintiffs' excessive force claim against defendant Kyle Ellison we find in favor of:

_____~~Defendant~~_____
(Plaintiffs)   or   (Defendant Kyle Ellison)

**Note:** If you find in favor of Ellison, have the foreperson sign and date this verdict form and proceed to Special Interrogatory 1. If you find in favor of plaintiffs, complete the following paragraph.

We find plaintiffs' damages to be:

$ _____ state the amount or, if none, state the nominal amount of $1.00.

We assess punitive damages, as submitted in Instruction 16, against Ellison, as follows:

$_____ state the amount or, if none, write the word "none."

_Wanda Hamilton Carter_
Foreperson

Dated: _2/5/24_

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**

FEB 05 2024

IN OPEN COURT
TAMMY H. DOWNS
By:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PIPER PARTRIDGE, individually**                                    **PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

v.                                    **CASE NO. 4:17-CV-00460-BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON; and KIRK LANE**                                    **DEFENDANTS**

### VERDICT FORM 2

On plaintiffs' assault claim against defendant Kyle Ellison we find in favor of:

_Defendant_____

(Plaintiffs)  or  (Defendant Kyle Ellison)

**Note:** If you find in favor of Ellison, have the foreperson sign and date this verdict
form and proceed to the next verdict form.  If you find in favor of plaintiffs,
complete the following paragraph.

We find plaintiffs' damages to be:

$ _____ state the amount or, if none, state the nominal amount of $1.00.

We assess punitive damages, as submitted in Instruction 16, against Ellison, as
follows:

$_____ state the amount or, if none, write the word "none."

_Yolanda Hamilton Carter_____
Foreperson

Dated:  ___2/5/24___

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PIPER PARTRIDGE, individually**                                        **PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

**v.**                                    **CASE NO. 4:17-CV-00460-BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON; and KIRK LANE**                                        **DEFENDANTS**

## VERDICT FORM 3

On plaintiffs' battery claim against defendant Kyle Ellison we find in favor of:

_____*Defendant*_____

(Plaintiffs)   or   (Defendant Kyle Ellison)

**Note:** If you find in favor of Ellison, have the foreperson sign and date this verdict
form and proceed to the next verdict form.  If you find in favor of plaintiffs,
complete the following paragraph.

We find plaintiffs' damages to be:

$ _____ state the amount or, if none, state the nominal amount of $1.00.

We assess punitive damages, as submitted in Instruction 16, against Ellison, as
follows:

$_____ state the amount or, if none, write the word "none."

_____
Foreperson

Dated: _Feb 5, 2024_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

PIPER PARTRIDGE, individually                                        PLAINTIFFS
and as next of kin to KEAGAN SCHWEIKLE
and as special administratrix of the ESTATE
of KEAGAN SCHWEIKLE; DOMINIC
SCHWEIKLE, individually as father and next
of kin to KEAGAN SCHWEIKLE

v.                            CASE NO. 4:17-CV-00460-BSM

CITY OF BENTON, ARKANSAS;
KYLE ELLISON; and KIRK LANE                                          DEFENDANTS

## VERDICT FORM 4

On plaintiffs' failure to train claim against defendant City of Benton, Arkansas we

find in favor of:

_____*Plaintiff*_____

(Plaintiffs)  or  (Defendant City of Benton, Arkansas)

**Note:** If you find in favor of the City of Benton, Arkansas, have the foreperson
sign and date this verdict form and proceed to the next verdict form. If you
find in favor of plaintiffs, complete the following paragraph.

We find plaintiffs' damages to be:

$ _15 - million_ state the amount or, if none, state the nominal amount of $1.00.

_Wanda Hamilton Carter_
Foreperson

Dated: _Feb 5, 2024_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PIPER PARTRIDGE, individually                                    PLAINTIFFS
and as next of kin to KEAGAN SCHWEIKLE
and as special administratrix of the ESTATE
of KEAGAN SCHWEIKLE; DOMINIC
SCHWEIKLE, individually as father and next
of kin to KEAGAN SCHWEIKLE

v.                          CASE NO. 4:17-CV-00460-BSM

CITY OF BENTON, ARKANSAS;
KYLE ELLISON; and KIRK LANE                              DEFENDANTS

## VERDICT FORM 5

On plaintiffs' failure to investigate claim against defendant City of Benton,

Arkansas we find in favor of:

_____*Plaintiffs*_____

(Plaintiffs) or (Defendant City of Benton, Arkansas)

**Note:** If you find in favor of the City of Benton, Arkansas, have the foreperson
sign and date this verdict form and proceed to the next verdict form. If you
find in favor of plaintiffs, complete the following paragraph.

We find plaintiffs' damages to be:

$ _15 Million_ state the amount or, if none, state the nominal amount of $1.00.

_Yolanda Hamilton Carter_
Foreperson
Dated: _Feb 5, 2024_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PIPER PARTRIDGE, individually**                                        **PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

**v.**                          **CASE NO. 4:17-CV-00460-BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON; and KIRK LANE**                                  **DEFENDANTS**

### VERDICT FORM 6

On plaintiffs' failure to train claim against defendant Kirk Lane we find in favor

of:

_____*Plaintiffs*_____

(Plaintiffs)  or  (Defendant Kirk Lane)

**Note:** If you find in favor of Lane, have the foreperson sign and date this verdict
form and proceed to the next verdict form.  If you find in favor of plaintiffs,
complete the following paragraph.

We find plaintiffs' damages to be:

$ *1 million* state the amount or, if none, state the nominal amount of $1.00.

*Yolanda Hamilton Carter*
Foreperson

Dated: *Feb. 5, 2024*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PIPER PARTRIDGE, individually**　　　　　　　　　　　　　**PLAINTIFFS**
**and as next of kin to KEAGAN SCHWEIKLE**
**and as special administratrix of the ESTATE**
**of KEAGAN SCHWEIKLE; DOMINIC**
**SCHWEIKLE, individually as father and next**
**of kin to KEAGAN SCHWEIKLE**

**v.**　　　　　　　　　　**CASE NO. 4:17-CV-00460-BSM**

**CITY OF BENTON, ARKANSAS;**
**KYLE ELLISON; and KIRK LANE**　　　　　　　　　　**DEFENDANTS**

## VERDICT FORM 7

On plaintiffs' failure to investigate claim against defendant Kirk Lane we find in

favor of:

_____*Plaintiff*_____
　　　　　　　(Plaintiffs)　or　(Defendant Kirk Lane)

**Note:** If you find in favor of Lane, have the foreperson sign and date this verdict
form and proceed to the next verdict form. If you find in favor of plaintiffs,
complete the following paragraph.

We find plaintiffs' damages to be:

$*1 million*___ state the amount or, if none, state the nominal amount of $1.00.

_____*Amanda Hamilton Carter*_____
Foreperson

Dated: ___*Feb 5, 2024*___